UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   19 CR 547-2
     -against-                      :
                                    :   ORDER
                                    :
Saaed Moslem                        :
                                    :
            Defendant                :
                                    :
------------------------------------X

Cathy Seibel, United States District Court Judge:

ORDERED that the defendant's bail be modified to include drug testing and treatment, as directed by Pretrial Services and *That Defendant* refrain from any alcohol use.

Dated: White Plains, New York
January 16, 2020

SO ORDERED

_____
HONORABLE Cathy Seibel
United States District Court Judge