UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

      -v.-                                19 Cr. 547 (CS)

MEHDI MOSLEM, and
SAAED MOSLEM,

            Defendants.
------------------------------------------------------x

## Notice of Motion

PLEASE TAKE NOTICE, that upon the annexed declaration and memorandum of law of Benjamin Ostrer, an attorney admitted to practice in this Court, Saaed Moslem, a defendant herein, will move the Court for an order dismissing the indictment in this matter, and permitting him to join in the motion of his co-defendant, and for such other and further relief as this Court may deem just and proper.

Dated:   August 4, 2020
          Chester, New York

                                                  Yours, etc.

                                                  BENJAMIN OSTRER
                                                  Ostrer & Associates, P.C.
                                                  *Attorneys for Defendant Saaed Moslem*
                                                  111 Main Street   P.O. Box 509
                                                  Chester, New York 10918
                                                  (845) 469.7577
                                                  bostrer@ostrer.com

Daniel Loss
Assistant U.S. Attorney
1 St. Andrews Plaza
New York, N.Y. 10007

Clerk, U.S. District Court
Southern District of New York
via ECF

Richard Willstatter, Esq.
Green & Willstatter
200 Mamaroneck Ave.
White Plains, N.Y. 10601