UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
        United States of America,

                              **NOTICE OF COURT**
                                  **CONFERENCE**

        -against-

                                 7:19-CR-00547 (CS)


        Moslem, et al.
                     Defendant(s).
------------------------------------------------------------------X


A Status Conference is scheduled for **November 24, 2020 at 3:45 p.m. (via Skype for Business)** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601in Courtroom 621.

The Skype call-in number to access via audio only is **(917) 933 – 2166** and the conference ID is **539664654#**

**Person(s) appearing via telephone are reminded of the general prohibition against any forms of recording and rebroadcasting of Court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.**

All non-participants of this proceeding are directed to mute their phones.


                                                 /s/ Walter Clark, Courtroom Deputy


Dated:   November 20, 2020
              White Plains, New York