UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
        United States of America,

                                          **NOTICE OF HEARING**

            -against-

                                          7:19-CR-00547 (CS) (2)

        Saaed Moslem,
                      Defendant(s).
------------------------------------------------------------------X

A Curcio/Change of Plea hearing is scheduled for **February 17, 2021 at 10:45 a.m. (via Skype for Business)**.

The Skype call-in number to access via audio only is **(917) 933 – 2166** and the conference ID is **223241817#**

**Person(s) appearing via telephone are reminded of the general prohibition against any forms of recording and rebroadcasting of Court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.**

All non-participants of this proceeding are directed to mute their phones.

                                                               /s/ Walter Clark, Courtroom Deputy

Dated:  February 12, 2021
           White Plains, New York