UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
        United States of America,

                                                                          Notice of Adjournment
                                                                              of Hearing

              -against-

                                                                            7:19-CR-00547 (CS) (2)


        Saaed Moslem,
                               Defendant(s).
----------------------------------------------------------------X

The Change of Plea hearing previously scheduled before this Court for **March 17, 2021 at 11:00 a.m.** is adjourned to **March 12, 2021 at 2:45 p.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                                                                        /s/ Walter Clark, Courtroom Deputy

Dated: March 10, 2021
       White Plains, New York