UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 United States of America,

                                 **NOTICE OF HEARING**

       -against-

                                 7:19-CR-00547 (CS)

Moslem, et al.,
                           Defendant(s).
-----------------------------------------------------------------X

A Bail Review Hearing (as to both Defendants) is scheduled for **June 7, 2021 at 3:30 p.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                 /s/ Walter Clark, Courtroom Deputy

Dated:   June 4, 2021
         White Plains, New York