

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*300 Quarropas Street*
*White Plains, New York 10601*

June 29, 2021

**BY CM/ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States* v. *Mehdi Moslem, et al.*, 19 Cr. 547 (CS)

Dear Judge Seibel:

  The Government respectfully writes to put on the record the following enclosed documents and materials that were referenced during the bail hearing held today:

- **Exhibit A**: June 28, 2021 email to Chambers, copying defense counsel, regarding the defendants' bail conditions.

- **Exhibit B**: June 4, 2021 affirmation in support of motion to strike pleadings and to dismiss plaintiffs' claims in *Medhi Moslem, et al. v. DeMartino, et al.*, Index No. 705768/2016, pending in the Queens County Supreme Court.

- **Exhibit C**: June 4, 2021 notice of motion to strike pleadings and to dismiss plaintiffs' claims in *Medhi Moslem, et al. v. DeMartino, et al.*, Index No. 705768/2016, pending in the Queens County Supreme Court.

- **Exhibit D**: April 10, 2017 Memorandum and Order in *Medhi Moslem, et al. v. DeMartino, et al.*, Index No. 705768/2016, pending in the Queens County Supreme Court.

                                  Respectfully submitted,

                                    AUDREY STRAUSS
                                  United States Attorney

           by: _____
                                  Nicholas S. Bradley
                                  Daniel Loss
                                  James McMahon
                                  Assistant United States Attorneys
                                  (212) 637-6527 / (914) 993-1962 / -1936

cc:      Counsel of Record (by CM/ECF)