UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                    Docket No.: 19-CR-00547-CS

   -against-                                                  NOTICE OF APPEARANCE

SAAED MOSLEM
                Defendants.
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that Timothy C. Parlatore hereby notes his appearance as retained counsel on behalf of Defendant Saaed Moslem in the above captioned matter.

Dated:  September 6, 2021
         New York, New York

                                      Respectfully submitted,

                                      /s/ Timothy C. Parlatore
                                      _____
                                      Timothy C. Parlatore, Esq.
                                      Parlatore Law Group, LLP
                                      *Attorneys for Defendant Saaed Moslem*
                                      One World Trade Center, Suite 8500
                                      New York, New York 10007
                                      (212) 679-6312
                                      (212) 202-4787 Facsimile
                                      timothy.parlatore@parlatorelawgroup.com