

**Alison Drew, Esq.**
Partner
Alison.Drew@parlatorelawgroup.com
Direct: 646-809-2619

January 10, 2022

Honorable Cathy Seibel
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street White Plains, NY 10601-4150

**Re: United States v. Mehdi Moslem 18 Cr. 547 (CS)**

Dear Judge Seibel,

As you are aware, our firm is counsel of record for Defendants Mehdi Moslem ("Mehdi") and Saaed Moslem ("Saaed"). The Defendants are presently scheduled for a sentencing hearing on January 31, 2022. In our continued preparation for sentencing, we have recently been informed that some of the necessary and relevant information needed for defendants to proceed with sentencing has been delayed. Additionally, I am personally recovering from Covid which delayed progress on sentencing preparation. Accordingly, we respectfully request that the sentencing of both Defendants be adjourned to a date in early March when the Court may be available.

Prior to filing this instant application with the Court, I have consulted with the Government, AUSA Nicholas Bradley, who advised me that he will not object to the instant application. Thank you very much for the Court's consideration on this application.

Respectfully,

*Alison M. Drew*

Alison M. Drew

To: AUSA Daniel Loss, Nicolas Bradley Timothy Parlatore, Esq.

Licensed to Practice by the State of New York
U.S District Courts for the Southern, Eastern, and Northern Districts of New York
U.S Court of Appeals for the 2nd Circuit

Parlatore Law Group is a nationwide cloud-based law firm. Please send all correspondence electronically.
In the event that physical mail is required please use the central mailing address below.

www.parlatorelawgroup.com   One World Trade Center, Suite 8500, New York, NY 10007