

United States District Court

Southern District of New York

United States of America  —x                  Case No. 19CR547(cs)

       Plaintiff

       v.

Mehdi Moslem & Saaed Moslem

       Defendants

       Motion For Subpeona Support

            AFFIDAVIT

Now comes Saaed Moslem, respectfully moving this Court to issue subpeonas, requesting emails from the Moslem's previous retained counsels, in this criminal matter. As a paid in full client of counsel's, all emails between each other, the AUSA's or any other relevant party, are work product of the Moslems.

The Moslems have been requesting, on numerous occasions, these documents from June, 2021, with no answer or acknowledgement. The Moslem's went as far as filing a grievance with the Attorney Grievance Committee in February 2022. (Exhibit A, copy of grievances) with still no answer, or production of documents to present.

With clear and convincing evidence of defense counsel's gross neglect and malpractice, in addition to prosecutorial misconduct. (see motion filed ECF #175), issuance of these subpeonas are a must in the interest of justice. As the Court stated, **U.S. v. Nixon,**

418 U.S. 683,700, 94 S.Ct. 3090, 41 L.Ed.2d 1039 (1974)

1) Relevancy- For preparation of sentencing hearing, all communications regarding loss calculations, and the accuracy of information provided by Strauhs, and the government.

2) Admissibility- Documents will be used in preparation of the sentencing hearing, to be sure that all information be accurately purported. In addition having again having demonstrated gross neglect and malpractice in defense counsel's actions.

3) Specificity- All emails between each other, AUSA's, or any other relevant party, regarding Mehdi and/or Saaed Moslem.

    Having cleared the " three hurdles" 1)relevancy 2) admissibility 3)Specificity for the subpeonas, Saaed Moslem prays that this motion will be granted.

Dated: Valhalla, N.Y.
    6/28/22

Respectfully Submitted,

_____
Saaed Moslem

2.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of __New York__

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 19cr547(CS) |
| Mehdi Moslem & Saaed Moslem | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Marc Antony Agnifalo   256 Fifth Ave Ste 2nd FLR New York, NY 10001
Brafman & Associates P.C. 917-399-9742   Magnifilo@Braflaw.com
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: All Emails regarding Mehdi and/or Saaed Moslem,

Please provide on or before 7/8/22

Place: US COURTHOUSE        Date and Time: 8/31/22    9:30am
300 Quarropas Street
White Plains, NY 10601

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date:

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Mehdi & Saaed Moslem PO BOX 10 Valhalla, NY 10595 , who requests this subpoena, are:
TAGHAVISAEIDEH@GMAIL.COM        917-892-4364

**Notice to those who use this form to request a subpoena**
Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of NEW YORK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 19CR547(CS) |
| MEHDI MOSLEM & SAAED MOSLEM | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE**

To: ZACH INTRATER 256 FIFTH AVE STE 2ND FLR NEW YORK, NY 10001
BRAFMAN & ASSOCIATES P.C.   ZACH.INTRATER@OUTLOOK.COM
917-721-7331
*(Name of person to whom this subpoena is directed)*

YOU ARE COMMANDED to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: ALL EMAILS REGARDING MEHDI AND/OR SAAED MOSLEM, PLEASE PROVIDE ON OR BEFORE 7/8/22

Place: US COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

Date and Time: 8/31/22  9:30am

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date:

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* mMEHDI & SAAED MOSLEM PO BOX 10 VALHALLA, NY 10595 , who requests this subpoena, are:
TAGHAVISAEIDEH@GMAIL.COM          917-892-4364

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of NEW YORK

| | |
|---|---|
| United States of America<br>v.<br>MEHDI MOSLEM & SAAED MOSLEM<br>*Defendant* | )<br>)<br>) Case No. 19CR547(CS)<br>)<br>) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: MATIN EMOUNA    100 Garden City Plaza Suite 520 Garden City, NY 11530    MEMOUNA@EMIKLAW.COM    516-877-9111

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: ALL EMAILS REGARDING MEHDI AND/OR SAAED MOSLEM, PLEASE PROVIDE ON OR BEFORE 7/8/22

Place: US COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

Date and Time: 8/31/22   9:30am

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date:

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* MEHDI & SAAED MOSLEM PO BOX 10 VALHALLA, NY 10595    , who requests this subpoena, are:
TAGHAVISAEIDEH@GMAIL.COM    917-892-4364

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# United States District Court
for the
SOUTHERN District of NEW YORK

| | |
|---|---|
| United States of America<br>v.<br>MEHDI MOSLEM & SAAED MOSLEM<br>*Defendant* | )<br>)<br>)  Case No. 19CR547(CS)<br>)<br>) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: BENJAMIN OSTRER    111 MAIN STREET CHESTER, NY 10918
OSTRERBEN@AOL.COM    845-469-7577
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: ALL EMAILS REGARDING MEHDI AND/OR SAAED MOSLEM,

PLEASE PROVIDE ON OR BEFORE 7/8/22

Place: US COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

Date and Time: 8/31/22  9:30am

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* MEHDI & SAAED MOSLEM PO BOX 10 VALHALLA, NY 10595 , who requests this subpoena, are:
TAGHAVISAEIDEH@GMAIL.COM    917-892-4364

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of NEW YORK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 19CR547(CS) |
| MEHDI MOSLEM & SAAED MOSLEM ) | |
| *Defendant* ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: RICHARD D WILLSTATTER 200 MAMARONECK AVE SUITE 605 White Plains, NY, 10601    914-948-5656    WILLSTATTER@MSN.COM
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: ALL EMAILS REGARDING MEHDI AND/or SAAED MOSLEM, PLEASE PROVIDE ON OR BEFORE 7/8/22

Place: US COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

Date and Time: 8/31/22  9:30am

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* MEHDI & SAAED MOSLEM PO BOX 10 VALHALLA, NY 10595, who requests this subpoena, are:
TAGHAVISAEIDEH@GMAIL.COM    917-892-4364

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

EXHIBIT A

(Rev. 7.30.2020)

**ATTORNEY GRIEVANCE COMMITTEE**
Supreme Court, Appellate Division
First Judicial Department
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 401-0800

**JORGE DOPICO**
**Chief Attorney**

Email Complaint and Attachments to: AD1-AGC-newcomplaints@nycourts.gov. In addition, please send **one copy** of your complaint and attachments **by regular mail** to the above address. (If you do not have a personal email account, please send two (2) complete sets of your complaint and all attachments. There may be a delay in processing your matter if it is not emailed. Please **do not** include any original documents because we are unable to return them.)

**Background Information**

Today's Date: 2/22/22

Your Full Name: (Mr. Ms. Mrs.) Saeed Moslem

Address: PO Box 10

City: Valhalla    State: NY    Zip Code: 10595

Cell Phone: N/A    Business/Home Phone: N/A

Email Address: saeedmoslem@hotmail.com

Are you represented by a lawyer regarding this complaint? Yes ☐ No ☒  If Yes:

Lawyer's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Business Phone: _____ Cell Phone: _____

**Attorney Information**

Full Name of Attorney Complained of: (Mr. Ms. Mrs.) Zach Intrater

Address: 256 Fifth Ave Ste 2nd flr

City: New York    State: New York    Zip Code: 10001

Business Phone: _____ Cell Phone: _____

Email Address: zach.intrater@outlook.com

A1

Date(s) of Representation/Incident: __Jan 2021__

Have you filed a civil or criminal complaint against this attorney? Yes ☐ No ☒  If Yes:

If yes, name of case (if applicable): _____

Name of Court: __Southern District NY Federal Court White Plains__

Index Number of Case (if known): __19 CR 547__

Have you filed a complaint concerning this matter with another Grievance Committee, Bar Association, District Attorney's Office, or any other agency? Yes ☐ No ☒

If yes, name of agency: _____

Action taken by agency, if any: _____

## Details of Complaint

Please describe the alleged misconduct in as much detail as possible including what happened, where and when, the names of any witnesses, what was said, and in what tone of voice, etc. Use additional sheets if necessary.

Have requested all email correspondence regarding mehdi/ and or Saeed Moslem regarding criminal case, and have never recieved anything. I want all correspondence with other attornies, and or AUSA's, and any other relevant persons. Including but not limited to Zach infrater, Elias Schw-- matin emouna, richard willstatter, ben ostrer, Alison drew, Timothy parlatore, Daniel loss, James Mcmahon, Nicolas bradley, and any other parties. All email communications, attachments, drafts, or deleted emails. Need to know what was said in, me and my fathers defnse in criminal case.

(marginal note: arc tgnitalo /)

Complainant's Signature (Required): _[signature]_

(Rev. 7.30.2020)

## ATTORNEY GRIEVANCE COMMITTEE
Supreme Court, Appellate Division
First Judicial Department
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 401-0800

**JORGE DOPICO**
**Chief Attorney**

Email Complaint and Attachments to: AD1-AGC-newcomplaints@nycourts.gov. In addition, please send **one copy** of your complaint and attachments **by regular mail** to the above address. (If you do not have a personal email account, please send two (2) complete sets of your complaint and all attachments. There may be a delay in processing your matter if it is not emailed. Please **do not** include any original documents because we are unable to return them.)

**Background Information**

Today's Date: 2/22/22

Your Full Name: (Mr. Ms. Mrs.) Saaed Moslem

Address: PO Box 10

City: Valhalla    State: NY    Zip Code: 10595

Cell Phone: N/A    Business/Home Phone: N/A

Email Address: saaedmoslem@hotmail.com

Are you represented by a lawyer regarding this complaint? Yes ☐ No ☒ If Yes:

Lawyer's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Business Phone: _____ Cell Phone: _____

**Attorney Information**

Full Name of Attorney Complained of: (Mr. Ms. Mrs.) Marc Antony Agnifilo

Address: 256 Fifth Ave Ste 2nd Flr

City: New York    State: New York    Zip Code: 10001

Business Phone: _____ Cell Phone: _____

Email Address: magnifilo@braflaw.com

A3

Date(s) of Representation/Incident: __Jan 2021__

Have you filed a civil or criminal complaint against this attorney? Yes ☐ No ☒ If Yes:

If yes, name of case (if applicable): _____

Name of Court: __Southern District NY Federal Court White Plains__

Index Number of Case (if known): __19 CR 547__

Have you filed a complaint concerning this matter with another Grievance Committee, Bar Association, District Attorney's Office, or any other agency? Yes ☐ No ☒

If yes, name of agency: _____

Action taken by agency, if any: _____

## Details of Complaint

Please describe the alleged misconduct in as much detail as possible including what happened, where and when, the names of any witnesses, what was said, and in what tone of voice, etc. Use additional sheets if necessary.

Have requested all email correspondence regarding mehdi/ and or Saaed Moslem regarding criminal case, and have never recieved anything. I want all correspondence with other attornies, and or AUSA's, and any other relevant persons. Including but not limited to Zach infrater, Elias Schw<!--illegible-->, matin emouna, richard willstatter, ben ostrer, Alison drew, Timothy parlature, Daniel loss, James Mcmahon, Nicolas bradley, and any other parties. All email communications, attachments, drafts, or deleted emails. Need to know what was said in, me and my fathers defense in criminal case.

marc tgnifalo /

Complainant's Signature (Required): _____

A4

(Rev. 7.30.2020)

**ATTORNEY GRIEVANCE COMMITTEE**
Supreme Court, Appellate Division
First Judicial Department
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 401-0800

**JORGE DOPICO**
**Chief Attorney**

Email Complaint and Attachments to: AD1-AGC-newcomplaints@nycourts.gov. In addition, please send **one copy** of your complaint and attachments **by regular mail** to the above address. (If you do not have a personal email account, please send two (2) complete sets of your complaint and all attachments. There may be a delay in processing your matter if it is not emailed. Please **do not** include any original documents because we are unable to return them.)

**Background Information**

Today's Date: 2/22/22

Your Full Name: (Mr. Ms. Mrs.) Mehdi Moslem

Address: PO Box 10

City: Valhalla    State: NY    Zip Code: 10595

Cell Phone: N/A    Business/Home Phone: N/A

Email Address: Snaed_moslem@hotmail.com

Are you represented by a lawyer regarding this complaint?  Yes ☐   No ☒   If Yes:

Lawyer's Name: _____

Address: _____

City: _____    State: _____    Zip Code: _____

Business Phone: _____    Cell Phone: _____

**Attorney Information**

Full Name of Attorney Complained of: (Mr. Ms. Mrs.) Matin Emouna

Address: 100 Garden City Plaza Suite 520

City: Garden City    State: NY    Zip Code: 11530

Business Phone: 516-877-9111    Cell Phone: N/A

Email Address: Memouna@emiklaw.com

A5

Date(s) of Representation/Incident: __Jan 2021__

Have you filed a civil or criminal complaint against this attorney? Yes ☐ No ☒ If Yes:

If yes, name of case (if applicable): _____

Name of Court: __Southern District NY Federal Court White Plains__

Index Number of Case (if known): __19 CR 547__

Have you filed a complaint concerning this matter with another Grievance Committee, Bar Association, District Attorney's Office, or any other agency? Yes ☐ No ☒

If yes, name of agency: _____

Action taken by agency, if any: _____

### Details of Complaint

Please describe the alleged misconduct in as much detail as possible including what happened, where and when, the names of any witnesses, what was said, and in what tone of voice, etc. Use additional sheets if necessary.

Have requested all email correspondence regarding mehdi. /and or Saeed Moslem regarding criminal case, and have never recieved anything. I want all correspondence with other attornies, and or AUSA's and any other relevant persons. Including but not limited to Zach Intrater, Elias Schwartz, Marc Agnifalo, matin emouna, Richard willstatter, Ben ostrer, Alison drew, Timothy Parlatore, Daniel lo? James Mcmahon, Nicolas Bradley, and any other parties. All email communications, attachments, drafts, or deleted emails. Need to know what was said in our defense in criminal case

Complainant's Signature (Required): __Mehdi Moslem__

Saeed Muslem #263004
PO Box 10
Valhalla, NY 10595

WESTCHESTER NY 105
29 JUN 2022 PM 4 L



RECEIVED
JUL 01 2022
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

US Courthouse
Attn: Cathy Seibel Chambers
300 Quarropas St
White Plains, NY 10601

10601-415099

Letter #1

Saeed Moslem
PO Box 10
Valhalla, Ny 10595

WESTCHESTER NY 105
29 JUN 2022 PM 1 L





US Courthouse
Attn: Cathy Seibel Chambers
300 Quarropas St
White Plains, Ny 10601

10601-415099

Letter #2