```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :   PRELIMINARY ORDER OF
              - v. -                                             :   FORFEITURE/
                                                                 :   MONEY JUDGMENT
SAAED MOSLEM,                                                    :
                                                                 :   S2 19 Cr. 547 (CS)
              Defendant.                                         :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about April 6, 2021, SAAED MOSLEM, (the "Defendant"), was charged in a seven-count Superseding Indictment, S2 19 Cr. 547 (CS) (the "Indictment"), with conspiracy to defraud the Internal Revenue Service, in violation of Title 18, United States Code, Section 371 (Count One); bank fraud conspiracy, in violation of Title 18, United States Code, Section 1349 (Count Two); false statements to a lender, in violation of Title 18, United States Code, Section 1014 (Counts Three and Four); bank fraud, in violation of Title 18, United States Code, Sections 1344 and 2 (Count Five); concealment of assets, false oaths, and false claims in connection with a bankruptcy case, in violation of Title 18, United States Code, Sections 152(1), 152 (2) 152(3), 152 (7) and 2 (Count Six); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A and 2 (Count Seven);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Two through Six of the Indictment, seeking forfeiture to the United States, as a result of the commission of the offenses charged in Counts Two through Six of the Indictment;

WHEREAS, on or about June 3, 2021, the Defendant was found guilty, following a jury trial, of Counts One through Three and Five through Seven of the Indictment;

WHEREAS, the Government asserts that $1,927,303.25 in United States currency represents, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, by the Defendant as result of the commission of the offenses charged in Counts Two and Three of the Indictment;

WHEREAS, the Government seeks a money judgment in the amount of $1,927,303.25 in United States currency, pursuant to Title 18, United States Code, Section 982(a)(2)(A), representing any property constituting, or derived from, proceeds obtained, directly or indirectly, by the Defendant as result of the commission of the offenses charged in Counts Two and Three of the Indictment; and

WHEREAS, the [Government represents] ~~Court finds~~ that as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Two and Three of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts Two and Three of the Indictment, to which the Defendant was found guilty, following a jury trial, a money judgment in the amount of $1,927,303.25 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts Two and Three of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, SAAED MOSLEM, and shall be deemed part of the sentence of the Defendant.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: White Plains, New York
~~February~~, 2023
March 7

SO ORDERED:

_____
THE HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK