

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

August 5, 2024

**BY CM/ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

  Re: *United States v. Moslem, et al.*, 19 Cr. 547 (CS)

Dear Judge Seibel:

  The Government respectfully writes to request a two-week adjournment of its deadline to respond to defendant Saaed Moslem's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), which is currently August 9, 2024. The undersigned just completed a trial before Judge Rakoff on August 1, 2024 and a brief adjournment will facilitate the Government's review of the defendant's motion, and the collection of any materials held by the Bureau of Prisons that would assist in the Court's decision-making.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

     By: _____
        Nicholas S. Bradley
        Assistant United States Attorney
        (212) 637-1581

cc: Saaed Moslem, 87068-054
   FCI Fort Dix (East)
   P.O. Box 2000
   Joint Base MDL, NJ 08640

  by U.S. Mail

*Extension granted. The Government shall respond no later than 8/23/24.*

08/05/24    SO ORDERED.

        */s/ Cathy Seibel*
        CATHY SEIBEL, U.S.D.J.